## STATEMENT OF FACTS

Your affiant, Stephen B. Field, is a Special Agent with the Federal Bureau of Investigation, assigned to the El Paso Division, Midland Resident Agency. In my duties as a Special Agent, I primarily investigate complex financial matters. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there, including Vic WILLIAMS, as described herein.

Following the events at the U.S. Capitol, the FBI's Sacramento Field Office (FBI SC) received two separate electronic tips concerning Vic Williams' ("WILLIAMS") potential involvement in breaching the Capitol.

**Witness #1** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇: On or about January 7, 2021, the FBI received an electronic tip from Witness #1, who stated that s/he was a Facebook friend with "Individual #1," who had posted that he was present at the Capitol during the January 6, 2021, events. In a follow-up interview, Witness #1 also provided law enforcement with a screenshot of a friend's text to Witness #1 that contained a link entitled https://www.facebook.com/stiemy/videos, along with a photograph of an individual later identified as Vic Williams. Law enforcement subsequently accessed and recorded the video, which appeared to be a "live" video, meaning that it was streaming content uploaded to Facebook in real time. In the video, WILLIAMS discussed his experiences on January 6, 2021, including his entry into the Capitol building. :



**Witness #2** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇: On or about January 9, 2021, the FBI received an electronic tip regarding WILLIAMS from Witness #2, who stated the s/he observed a Facebook post that was shared by a friend of WILLIAMS on Facebook. Witness #2 stated that the Facebook account name was "Stiemy Vic WILLIAMS," and the post appeared to be someone that participated in the riots at the Capitol on January 6, 2021. Additionally, Witness #2 stated that the post appeared to suggest that they were not "done." Witness #2 provided law enforcement with several screenshots, including the following that is under the vanity name of "Stiemy Vic WILLIAMS" with the caption "is at the United States Capitol":



**Witness #3** ▬▬▬▬▬▬▬▬: On January 10, 2021, Witness #3 submitted an electronic tip to the FBI National Threat Operations Center (NTOC) to report that Individual #1 and Stiemy Vic WILLIAMS had bragged online about entering the U.S. Capitol on January 6, 2021, in Washington, D.C. In a follow-up interview, Witness #3 described WILLIAMS as a classmate s/he knew from high school, and that Witness #3 overheard a conversation between Individual #2 and Individual #3, who is a longtime associate of Individual #1. During the conversation, Individual #3 stated that Individual #1 was at the Capitol on January 6, 2021, and that Stiemy Vic WILLIAMS was with Individual #1 at the time. Additionally, Witness #3 stated that WILLIAMS had a Facebook page that was still active a few weeks prior to the interview, but that the account was deleted by January 10, 2021.

**Interview of Vic WILLIAMS:** Law enforcement subsequently determined that "Stiemy Vic WILLIAMS" is Vic Don WILLIAMS, and on February 10, 2021, FBI MRA interviewed WILLIAMS at his home in Odessa, Texas. WILLIAMS told the Agents that Individual #1 invited him to attend the rally in Washington, D.C. WILLIAMS accepted the invitation and, on January 4, 2021, flew from Midland, Texas, to Washington, D.C., where he met up with Individual #1.

On January 6, 2021, WILLIAMS walked from his hotel to the U.S. Capitol. WILLIAMS further stated that, at one point, Individual #1 pulled up a video that was being live-streamed by someone on Facebook. In the video, WILLIAMS could see some of the rioting and violence that was beginning to happen, though he could not determine the exact location because he could not see over the crowd.

WILLIAMS stated that he arrived at the steps leading up to the Capitol, and that the crowd grew in number and began to push everyone up the steps towards the building. WILLIAMS also stated that, at the top of the stairs, he observed persons that appeared to be law enforcement, dressed in black riot gear. WILLIAMS acknowledged that he posted some pictures and video on his Facebook account, with a user name of "Stiemy Vic WILLIAMS." WILLIAMS stated that he

did not go inside the Capitol Building. WILLIAMS owns a roasting company and, at the conclusion of the interview, gave two bags of coffee to the interviewing agents.

**Surveillance video:** Law enforcement subsequently obtained surveillance camera footage provided by the U.S. Capitol Police of the Capitol's interior that recorded WILLIAMS enter the Capitol building on January 6, 2021, at approximately 3:12 p.m.







**Facebook post by WILLIAMS:** On January 6, 2021, WILLIAMS posted a video that appeared to be a "live" video, meaning that it was streaming content uploaded to Facebook in real time. The Facebook post is under the vanity name of "Stiemy Vic WILLIAMS," with the caption "live with [*******], and dated January 6 at 3:30 p.m.



At the beginning of the nearly 18-minute video, WILLIAMS states that he was going to discuss the events of January 6, 2021, including what he saw at the U.S. Capitol. He also stated several times that he was taking videos throughout the incident, and that he would share the videos

with the viewers. In sum, WILLIAMS stated that, after the rally, he walked to the Capitol, and that an individual that was walking with him was getting updated reports of what was happening at the Capitol. This individual showed WILLIAMS the reports that indicated there was smoke and fighting at the Capitol, and later in the video, WILLIAMS noted that there was "smoke everywhere," and "explosions going off." WILLIAMS also described his route to the Capitol that involved climbing up a wall and scaffolding, until he arrived at the Capitol front door. He then stated that he went inside the Capitol.

Law enforcement determined that a Facebook account existed under the name of "Stiemy Vic WILLIAMS," and assigned the ID number 1574572660. Law enforcement served Facebook with a preservation letter for both identifiers, and subsequently submitted a subpoena for subscriber information related to the above-mentioned identifiers. On April 12, 2021, Facebook provided the requested subscriber information and the records indicate that the name provided by the account holder was Steimy WILLIAMS, with a vanity name of "stiemy," and an email address under the name "vic_williams."

**Identification:** I have obtained a copy of Vic WILLIAMS' Texas driver's license that contained a photograph of Vic Don WILLLIAMS. I have also reviewed the screenshot from William's posts on Facebook, including a photograph of himself standing outside the Capitol and his posted monologue memorializing his participation in the January 6, 2021, events. I have compared the social media images with WILLIAMS's Texas license photograph, and they appear visually to be the same person.

In addition, I compared WILLIAMS' Texas driver's license to the screenshot images from the Capitol interior video-surveillance footage, and they appear visually to be the same person. Finally, the surveillance video of WILLIAMS entering the Capitol clearly shows WILLIAMS' physical attributes and clothing, and they appear to match both the photos that WILLIAMS took of himself outside the Capitol, and in the live video that WILLIAMS posted on his Facebook account:



Based on the foregoing, your affiant submits that there is probable cause to believe that Vic Don WILLIAMS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Vic Don WILLIAMS violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and G) parade, demonstrate, or picket in any of the Capitol Buildings.

Respectfully submitted,

_____
Special Agent Stephen B. Field
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of May, 2021.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE