AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Vic Williams | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00420
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/10/2021
Description: COMPLAINT W/ARREST WARRANT

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ **Vic Williams** _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:  5/10/2021                                      2021.05.10 18:36:44
                                                      -04'00'
                                                     _____
                                                     *Issuing officer's signature*

City and state:        Washington, D.C.             Zia M. Faruqui, U.S. Magistrate Judge
                                                     *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 05/10/2021 , and the person was arrested on *(date)* 05/20/2021 at *(city and state)* ODESSA, TEXAS . |
| Date: 05/20/2021                     _____<br>*Arresting officer's signature* |
| STEPHEN B. FIELD, SPECIAL AGENT, FBI<br>*Printed name and title* |